UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| WALMART INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PILGRIM'S PRIDE CORPORATION, et al.,<br><br>    Defendants. | Case No. 5:19-cv-05100-TLB |

### WALMART, INC.'S UNOPPOSED MOTION TO TRANSFER VENUE

Plaintiffs Walmart, Inc.; Wal-Mart Stores East, LP; Wal-Mart Stores Arkansas, LLC; Wal-Mart Stores Texas, LLC; Wal-Mart Louisiana, LLC; Sam's West, Inc.; and Sam's East, Inc., (collectively, "Walmart"), files this motion to transfer venue to the Northern District of Illinois under 28 U.S.C. §1404(a). The interest of justice weighs strongly in favor of transfer out of this Court and Defendants do not oppose transfer. Walmart supports this motion with the following:

A. Exhibit A, Scheduling Order No. 6 dated September 13, 2018;

B. Exhibit B, Scheduling Order No. 9 and Case Management Order Concerning Direct Action Plaintiffs dated November 19, 2018; and

C. a contemporaneously filed memorandum brief in support.

DATED:  June 7, 2019

                                                                                                      Respectfully submitted

                                                                                                       s/ *Neal S. Manne*
                                                                                                        Neal S. Manne (2017083)
                                                                                                        Ryan Caughey (Pro hac vice)
                                                                                                        J. Patrick Redmon (Pro hac vice)
                                                                                                        SUSMAN GODFREY L.L.P.
                                                                                                        1000 Louisiana Street, Suite 5100
                                                                                                        Houston, Texas 77002
                                                                                                        Tel: (713) 651-9366
                                                                                                        Fax: (713) 654-6666

nmanne@susmangodfrey.com
rcaughey@susmangodfrey.com
predmon@susmangodfrey.com

Shawn J. Rabin (Pro hac vice)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
Tel: (212) 336-8330
Fax: (212) 336-8340
srabin@susmangodfrey.com

Stephen R. Lancaster (93061)
Gary D. Marts, Jr. (2004116)
Eric Berger (2004210)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201
Tel: (501) 371-0808
Fax: (501) 376-9442
slancaster@wlj.com
gmarts@wlj.com
eberger@wlj.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on June 7, 2019, a true and correct copy of this document was served by email to:

Carrie C. Mahan
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Suite 600
Washington, D.C. 20036
Tel: (202) 682-7231
Fax: (202)
Carrie.mahan@weil.com

*Liaison counsel for defendants in
In re Broiler Antitrust Litigation,* No. 1:16-cv-08637 (N.D. Ill.)

s/ *Neal S. Manne*
Neal S. Manne